UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
PREPARED FOOD PHOTOS, INC.,

                Plaintiff,

-against-                            23-cv-0886 (LAK)(GWG)

INVESTOPEDIA, LLC,

                Defendant.
------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The Court has been informed that the parties have reached a settlement agreement. Accordingly, the case is dismissed with prejudice and without costs subject to a right to reinstate by serving and filing a notice to that effect on or before Monday, April 17, 2023, if the settlement has not been executed or consummated by that date.

        SO ORDERED.

Dated:      March 17, 2023

                                              Lewis A. Kaplan
                                         United States District Judge